IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY P. CATANZARO, | |
| Plaintiff, | NO. 3:17-CV-01487 |
| v. | (JUDGE CAPUTO) |
| BARBARA HARNED, *et al.*, | (MAGISTRATE JUDGE MEHALCHICK) |
| Defendants. | |

### ORDER

NOW, this 13TH day of November, 2017, upon review of the Report and Recommendation of Magistrate Judge Mehalchick (Doc. 5) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Mehalchick's Report and Recommendation (Doc. 5) is **ADOPTED**.

(2) The Complaint is **DISMISSED without prejudice** for failure to state a claim upon which relief can be granted.

(3) Plaintiff's "Motion for Decision and Resolution of Appointment of Counsel Issue" (Doc. 12) is **DENIED** for the reasons set forth in the October 10, 2017 Memorandum and Order. (*See* Docs. 8-9, *generally*).

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge